UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kay Renee Wurm                    Docket No. 7:21-CR-6-1FL

### Petition for Action on Probation

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kay Renee Wurm, who, upon an earlier plea of guilty to Theft of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 11, 2022, to 36 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At the time of sentencing, the court ordered that during the term of probation, the defendant shall be confined in the custody of the Bureau of Prisons for a total of four weekends. Over the past year, this officer has attempted to schedule this requirement with the Bureau of Prisons (BOP); however, I was advised that the BOP terminated these types of placements during the COVID-19 pandemic and continue to be unavailable. Ms. Wurm continues to reside with her family in Jacksonville, North Carolina, and is gainfully employed. She completed five months of home detention without issue and is otherwise in compliance with the conditions of supervision. It is also noted that she continues to make payments on the outstanding court indebtedness and is current with the payment agreement. At this time, it is respectfully recommended that the condition requiring that she be confined to the Bureau of Prisons be stricken. It is noted that the Assistant United States Attorney was contacted and while they disagree with the above suggestion, it is unknown what else can be done to satisfy this condition.

**PRAYING THAT THE COURT WILL ORDER** that the condition requiring the defendant to be confined to the Bureau of Prisons for a total of 4 weekends be stricken.

Except as herein modified, the judgment shall remain in full force and effect.

                                             I declare under penalty of perjury that the foregoing is true and correct.

                                             /s/ Kristyn Super
                                             Kristyn Super
                                             Senior U.S. Probation Officer
                                             200 Williamsburg Pkwy, Unit 2
                                             Jacksonville, NC 28546-6762
                                             Phone: 910-346-5104
                                             Executed On: August 10, 2023

**Kay Renee Wurm**
**Docket No. 7:21-CR-6-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __11th__ day of __August__, 2023, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge